IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS MARTIN, on behalf of himself and the class members described herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 11cv859 |
| vs. | ) ) | Judge Hibbler |
| SULLIVAN, DUPRE & ALDOUS, L.L.C. and WILD KINGDOM FITNESS ENTERPRISES, INC., CHEETAH GYMS, INC., JUNGLE GYM FITNESS CORPORATION, and WILSHIRE ENTERPRISES, INC., all doing business as CHEETAH GYM, | ) ) ) ) ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO ENTER AND CONTINUE
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff Nicholas Martin respectfully requests that his motion for class certification be entered and continued until the Court sets an initial status hearing in this matter.

In support of this motion, plaintiff states as follows:

1. Plaintiff filed his complaint on February 8, 2011, and Plaintiff filed his motion for class certification on February 9, 2011.

2. Defendants Wild Kingdom Fitness Enterprises, Inc., Cheetah Gyms, Inc., Jungle Gym Fitness Corporation, and Wilshire Enterprises, Inc. were all served with the complaint and motion for class certification on February 12, 2011.

3. Defendant Sullivan, Dupre & Aldous, LLC was served with the complaint and motion for class certification on February 16, 2011.

4. Defendants have yet to file an appearance in this case. Only Defendant Sullivan, Dupre Aldous, LLC has even contacted Plaintiff's counsel.

5. Therefore, Plaintiff requests that his motion for class certification be

entered and continued until the Court sets an initial status hearing in this matter.

WHEREFORE, plaintiff respectfully requests that his motion for class certification be entered and continued until the Court sets an initial status hearing in this matter.

                                                  Respectfully submitted,

                                                  s/Catherine A. Ceko
                                                  Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
      & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Catherine A. Ceko, hereby certify that on March 7, 2011, the foregoing document was filed electronically. A copy of the foregoing document was sent via US mail on the following parties:

Sullivan, Dupre & Aldous, L.L.C.
Jeffrey N. Aldous, Registered Agent
4262 Imperial Way
Provo, UT 84604

Wild Kingdom Fitness Enterprises, Inc.
Cheetah Gyms, Inc.
Wilshire Enterprises, Inc
Jungle Gym Fitness Corporation
Jerry C. Lagerquist, Registered Agent
1476 W. Berwyn
Chicago, IL 60640

                                                  s/ Catherine A. Ceko
                                                  Catherine A. Ceko