AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Nicholas M. Martin, on behalf of himself and a class,
                Plaintiff,

V.

Sullivan, Dupre & Aldous, LLC et al.
                Defendants.

CASE NUMBER: 11cv859

ASSIGNED JUDGE: Judge Hibbler

DESIGNATED MAGISTRATE JUDGE: Judge Schenkier

TO: (Name and address of Defendant)

Sullivan, Dupre & Aldous LLC
Registered Agent Jeffrey N. Aldous
4262 Imperial Way
Provo, UT 84604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin LLC,
120 S. Lasalle 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within \_\_\_\_21\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK — MICHAEL W. DOBBINS, CLERK

DATE: February 8, 2011

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-16-11 |
| NAME OF SERVER (PRINT) David Canann | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Shantale Aldous, authorized to Accept Jeffrey Aldous, Registered Agent

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 60.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-16-11
Date

Signature of Server

P.O. Box 251, Payson, UT 84651
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.