**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS MARTIN, | ) | |
| on behalf of himself and the | ) | |
| class members described herein, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Hibbler |
| | ) | |
| vs. | ) | 11cv859 |
| | ) | |
| SULLIVAN, DUPRE & ALDOUS, | ) | |
| L.L.C. and WILD KINGDOM | ) | |
| FITNESS ENTERPRISES, INC., | ) | |
| CHEETAH GYMS, INC., | ) | |
| JUNGLE GYM FITNESS | ) | |
| CORPORATION, and | ) | |
| WILSHIRE ENTERPRISES, INC., | ) | |
| all doing business as CHEETAH GYM, | ) | |
| | ) | |
| Defendants. | ) | |

**PARTIES' INITIAL STATUS REPORT**

**A.    Nature of the Case.**

    **1.    Attorneys of Record**

  **For Plaintiff**:

  Daniel A. Edelman (lead trial attorney)
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200

  **For Defendant Sullivan, Dupre & Aldous, LLC**:

  Corinne C. Heggie
Hinshaw & Culbertson, LLP

222 North LaSalle Street
Suite 300
Chicago, IL  60601
(312) 704-3000

**For Defendants Wild Kingdom Fitness Enterprises, Inc., Cheetah Gyms, Inc., Jungle Gym Fitness Corporation, and Wilshire Enterprises, Inc.:**

George Pontikes
George C. Pontikes & Associates, P.C.
33 N. LaSalle St., Suite 3350
Chicago, IL  60602

2. **Basis for federal jurisdiction**

   a. **Subject matter jurisdiction.**

Plaintiff has alleged that defendants violated the (1) the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. and (2) the Electronic Funds Transfer Act, 15 U.S.C. §1692 et seq., and therefore, this Court has jurisdiction under 29 U.S.C. §216(b), 28 U.S.C. §1331, 28 U.S.C. §1337, and 28 U.S.C. §1367.

   b. **Venue**

The parties agree that venue is appropriate in the Northern District of Illinois, as the Plaintiff resides within this district.

3. **Nature of the claim(s) and any counterclaim(s), including the amount of damages and other relief sought.**

On February 8, 2011, Plaintiff Nicholas Martin ("Plaintiff") filed a class action lawsuit against Defendants Wild Kingdom Fitness Enterprises, Inc., Cheetah Gyms, Inc., Jungle Gym Fitness Corporation, and Wilshire Enterprises, Inc., and Sullivan, Dupre & Aldous, LLC. In the complaint, Plaintiff contends that Defendants violated Fair Debt Collection Practices Act when they sent him a letter that fails to disclose the right to request verification, fails to disclose the right to request identification of the original creditor, and requires that any dispute be submitted in writing.  Plaintiff also contends that the Defendants violated Electronic Funds Transfer Act by attempting to debit plaintiff's bank account without authority.

B. **Proceedings to Date**

   1. **Summary of all substantive rulings (including discovery rulings) to date.**

Plaintiff filed a motion for class certification which has been entered and continued generally.  Defendant Sullivan, Dupre & Aldous, LLC filed a Motion for Enlargement of Time to Respond to the Complaint, which was granted.  All Defendants have been ordered to

file a responsive pleading to Plaintiff's Complaint by March 30, 2011. The Defendants filed answers on that date.

    **2.    Description of all pending motions, including date of filing and briefing schedule.**

Plaintiff filed a Motion for Class Certification on February 9, 2011. No briefing schedule has been set.

**C.    Discovery and Case Plan**

    **1.    Summary of discovery, formal and informal, that has already occurred.**

No formal discovery has yet occurred, but the parties have exchanged some informal discovery.

    **2.    Whether discovery will encompass electronically stored information, and the parties' plan to ensure that such discovery proceeds appropriately.**

The Parties do not foresee discovery involving electronically stored information.

    **3.    Proposed scheduling order.**

        **a.    Deadline for Rule 26(a)(1) disclosures, or why Rule 26(a)(1) disclosures are not appropriate.**

Parties will exchange Rule 26(a)(1) disclosures by May 5, 2011.

        **b.    Deadline for issuing written discovery requests.**

Parties will issue all written discovery requests by June 20, 2011.

        **d.    Deadline for completing fact discovery.**

The deadline for completing fact discovery will be August 25, 2011.

        **e.    Whether discovery should proceed in phases.**

Discovery should not proceed in phases.

        **f.    Whether expert discovery is contemplated and, if so, deadlines for Rule 26(a)(2) disclosures and expert depositions.**

Expert discovery is not anticipated at this time.

        **g.    Deadline for amending the pleadings and bringing in other parties.**

The deadline for amending the pleadings and bringing in other parties will be August 1, 2011.

### h. Deadline for filing dispositive motions.

The deadline for filing dispositive motions will be October 21, 2011.

Date: April 19, 2011

| | |
|---|---|
| s/ Catherine A. Ceko | s/ Corinne C. Heggie |
| Catherine A. Ceko | Corinne C. Heggie |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | Hinshaw & Culbertson, LLP |
| Catherine A. Ceko | 222 North LaSalle Street |
| 120 S. LaSalle, 18th Floor | Suite 300 |
| Chicago, IL 60603 | Chicago, IL 60601 |
| (312) 739-4200 | (312) 704-3000 |

s/ George Pontikes
George Pontikes
George C. Pontikes & Associates, P.C.
33 N. LaSalle St., Suite 335
Chicago, IL 60602

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2011 I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

s/ Catherine A. Ceko
Catherine A. Ceko