**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS MARTIN, on behalf of himself and the class members described herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 11cv859 |
| vs. | ) ) | Judge Hibbler |
| SULLIVAN, DUPRE & ALDOUS, L.L.C. and WILD KINGDOM FITNESS ENTERPRISES, INC., CHEETAH GYMS, INC., JUNGLE GYM FITNESS CORPORATION, and WILSHIRE ENTERPRISES, INC., all doing business as CHEETAH GYM, | ) ) ) ) ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Nicholas Martin ("Plaintiff"), and Defendant, Sullivan, Dupre & Aldous, LLC, ("Defendant") hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant Sullivan, Dupre & Aldous, LLC with prejudice, and all claims of the putative class without prejudice, with each party to bear its own costs and fees. Plaintiff's claims against all other Defendants remain pending.

Date: May 18, 2011

Respectfully submitted,

**SULLIVAN, DUPRE & ALDOUS, LLC**

By: s/ Corinne C. Heggie

Corinne C. Heggie
Hinshaw & Culbertson, LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601
(312) 627-2555

**NICHOLAS MARTIN**

By: s/ Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
Catherine A. Ceko
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200